IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CAMERON ROBINSON                                                              PLAINTIFF

V.                                                       CIVIL ACTION NO.: 1:17-cv-55-SA-DAS

CITY OF TUPELO, MISSISSIPPI,
LEE COUNTY, MISSISSIPPI,
OFFICER KAITLYN WEEKS, *in her individual capacity*, and
CAPTAIN TIM BELL, *in his individual and official capacities for
injunctive and declaratory relief only*                                       DEFENDANTS

ORDER TERMINATING MOTION

Plaintiff filed suit on April 12, 2017 asserting that he was arrested without probable cause and that the policies of the City of Tupelo had contributed to his arrest. Days after the case management conference, Defendant Weeks moved for summary judgment, asserting that she was entitled to qualified immunity.

After briefing was completed, Plaintiff moved the Court to amend his Complaint, alleging additional legal theories to support his claims against Defendant Weeks. The Court granted leave to amend, and Plaintiff added claims and legal theories under the Fourth and First Amendment. Therefore, given the additional claims against Defendant Weeks that were not fully briefed in the Parties' filings, the Court terminates Defendants' Motion for Summary Judgment [20] without prejudice.

Defendant Weeks is given two weeks within which to file a Motion for Summary Judgment addressing Plaintiff's claims and legal theories as alleged by the Amended Complaint or refile the original Motion for Summary Judgment as it sees appropriate.

SO ORDERED this the 6th day of February, 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE