UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CAMERON ROBINSON                                                    PLAINTIFF

V.                                          CIVIL ACTION NO.: 1:17-cv-55-SA-DAS

CITY OF TUPELO, MISSISSIPPI,
LEE COUNTY, MISSISSIPPI,
OFFICER KAITLYN WEEKS, *in her individual capacity*,
CAPTAIN TIM BELL, *in his official and individual capacities for*
*injunctive and declaratory relief only*                            DEFENDANTS

ORDER

For all of the reasons fully explained in a separate memorandum opinion issued this same day,

the Court orders the following: Defendant Weeks' Motion for Qualified Immunity and Summary

Judgment is DENIED as to the Plaintiff's First and Fourth Amendment claims, and GRANTED

as to the Plaintiff's Equal Protection claim. Therefore, Defendant Weeks' Motion for Qualified

Immunity [66] is GRANTED in part, and DENIED in part.

Defendant Lee County's partial Motion for Judgment on the Pleadings [69] is GRANTED.

Because Lee County did not move for summary adjudication of the Plaintiff's other Constitutional

claims, Lee County shall remain a party in this litigation.

The Plaintiff's Motion to Consider Additional Authority [83] is GRANTED.

SO ORDERED this the 23rd day of May, 2018.

                                           /s/ Sharion Aycock
                                           UNITED STATES DISTRICT COURT