IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CAMERON ROBINSON                                                                                    PLAINTIFF

V.                                                            CIVIL ACTION NO: 1:17-CV-55-SA-DAS

CITY TUPELO, MISSISSIPPI,
LEE COUNTY, MISSISSIPPI,
OFFICER KAITLYN WEEKS, *in her individual capacity*,
CAPTIAN TIM BELL, *in his official and individual capacities*
*for injunctive and declaratory relief only*                                    DEFENDANTS

ORDER

The Plaintiff filed suit in this Court on April 21, 2017, against the City of Tupelo, Mississippi, Lee County, Mississippi, Officer Kaitlyn Weeks, and Captain Tim Bell. On November 1, 2018, the Plaintiff filed an Amended Complaint [114] removing Lee County as a party. Now before the Court is the Plaintiff's Motion to Dismiss Defendant Lee County, Mississippi with Prejudice [117]. To the extent that Lee County is still a party to this matter, they are dismissed with prejudice. Given that Lee County has been dismissed, the pending Motion for a More Definite Statement [116] is moot.

SO ORDERED, on this the 26th day of November, 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT COURT