UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CAMERON ROBINSON            PLAINTIFF

VS.            CIVIL ACTION NO. 1:17-cv-00055-SA-DAS

CITY OF TUPELO, MISSISSIPPI;
LEE COUNTY, MISSISSIPPI;
OFFICER KAITLYN WEEKS, in Her Indiv. Capacity;
CAPTAIN TIM BELL, in His Official Capacity and
Individual Capacities for Injunctive and Declaratory
Relief Only            DEFENDANTS

## ORDER OF DISMISSAL

The Court being advised that this action has been fully resolved between the parties, it is hereby

ORDERED that this action is dismissed with prejudice with all parties to pay their own costs, including attorney's fees.

SO ORDERED: 10 January 2019

_____
HONORABLE SHARON AYCOCK
UNITED STATES DISTRICT JUDGE

APPROVED:

/s/ Jim Waide
JIM WAIDE, MB # 6857

/s/ John S. Hill
JOHN S. HILL, MB # 2451

2389376